Entered: July 25th, 2025
Signed: July 24th, 2025

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **25–15845 – LSS**    Chapter: **13**

**Charles Edwin Neal**
Debtor

### ORDER DISMISSING CASE
### FOR FAILURE TO COMPLETE REQUIRED FILINGS
### AND NOTICE THAT AUTOMATIC STAY IS TERMINATED

By notice of the Court dated July 8, 2025, the Debtor was admonished to file:

- ☑ Chapter 13 Plan
- ☑ Certificate of Mailing Plan to all creditors
- ☑ Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income
- ☑ Schedules A/B C D E/F G H I J and Declaration Concerning Debtor's Schedules
- ☑ Statement of Financial Affairs
- ☐ Verification of Creditor Matrix
- ☑ Other: Summary of Assets and Liabilities

The Debtor has failed to comply with said instructions of the Court. It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that, pursuant to 11 U.S.C. § 105(a) and § 1307(c), the above–captioned case under Chapter 13 is dismissed; and it is further

ORDERED, that, to the extent the Trustee holds funds that would otherwise be returned to the Debtor, the Trustee shall first deduct and remit to the Clerk the amount of $156.50 for unpaid filing and administrative fees; and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:    Debtor
       Attorney for Debtor – PRO SE
       Case Trustee – Rebecca A. Herr

**End of Order**

15x06 (rev. 12/01/2015) – EricaCumberland